IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| DELFIDIO PEREZ, | * |
| Plaintiff, | * |
| v. | Case No.:  1:22-CV-211 (LAG) |
| | * |
| TYLER EDGAR, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

    Pursuant to this Court's Order dated March 18, 2025 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

    This 19th day of March, 2025.

                                          David W. Bunt, Clerk

                                          s/ Michelle Paschal, Deputy Clerk